**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| IN RE: RELINQUISHMENT OF A.F. | : | No. 768 MAL 2016 |
| | : | |
| | : | |
| PETITION OF: J.F., MOTHER | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| | | |
| IN RE: RELINQUISHMENT OF D.F. | : | No. 769 MAL 2016 |
| | : | |
| | : | |
| PETITION OF: J.F., MOTHER | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| | | |
| IN RE: RELINQUISHMENT OF N.F. | : | No. 770 MAL 2016 |
| | : | |
| | : | |
| PETITION OF: J.F., MOTHER | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| | | |
| IN RE: RELINQUISHMENT OF T.F. | : | No. 771 MAL 2016 |
| | : | |
| | : | |
| PETITION OF: J.F., MOTHER | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |

## ORDER

**PER CURIAM**

**AND NOW**, this 27th day of December, 2016, the Petition for Allowance of Appeal is **DENIED**.